Margaret TERRY Plaintiff—Appellant,

v.

**DAIMLERCHRYSLER CORPORATION Defendant—Appellee.**

No. 03–1863.

United States Court of Appeals, Sixth Circuit.

July 13, 2004.

Robert J. Lord, Fair Haven, MI, for Plaintiff–Appellant.

Richard M. Tuyn, Vicki J. Patterson, Cattel, Tuyn & Rudzewicz, Bloomfield Hills, MI, for Defendant–Appellee.

Before: KRUPANSKY and GILMAN, Circuit Judges; and MAYS, District Judge.*

ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is ORDERED that the judgment of the district court be, and it hereby is, affirmed upon the opinion of the district court.

* Honorable Samuel H. Mays Jr., United States District Judge for the Western District of Tennessee, sitting by designation.